NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KIMBERLY R. MOORE, aka KIMBERLY )
W. JENNINGS, DOC #155070, )
)
     Appellant, )
)
v. )     Case No. 2D17-4698
)
STATE OF FLORIDA, )
)
     Appellee. )
_____)

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


     Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.